CHARLES MUELLER, Respondent, *v.* ELLSWORTH FOSBY, Appellant.

Argued December 4, 1936; decided December 31, 1936.

*Kenneth J. Dugan* and *P. C. Dugan* for appellant.

*Ernest B. Morris* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.